IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Roy Berlanga, ) | No. CV 05-1760-MHM-ECV |
| ) Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| ) Maricopa County Sheriff's Office, et al., ) | |
| ) Defendants. ) | |

Pending before the court is Plaintiff's "Motion for Extension of Filings in Civil Actions [sic] Any Motions, etc." (Doc. #10).  Plaintiff contends that due to the limited availability of copying facilities and other delays that come from being incarcerated, he will need extra time to comply with deadlines. Plaintiff may seek extensions of specific deadlines as such needs arise but the court will not issue a blanket order allowing Plaintiff to take whatever time he needs to litigate the case.  Plaintiff's motion will therefore be denied.

**IT IS THEREFORE ORDERED:**

That Plaintiff's "Motion for Extension of Filings in Civil Actions [sic] Any Motions, etc." (Doc. #10) is **denied**.

DATED this 25th day of January, 2006.

Edward C. Voss
United States Magistrate Judge